UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY WAGNER,

    Plaintiff,

                                                    Case No. 2:09-cv-14846

vs.                                         HON. PATRICK J. DUGGAN

MARYGROVE COLLEGE,

    Defendant.
_____/

| GEORGE B. WASHINGTON (P26201) | KENNETH M. GONKO (P30660) |
|---|---|
| SCHEFF, WASHINGTON & DRIVER, P.C. | THE DANIELSON GROUP, P.C. |
| Attorneys for the Plaintiff | Attorneys for the Defendant |
| 645 Griswold, Suite 1817 | 55921 Gratiot Avenue |
| Detroit, MI 48226 | Chesterfield, MI 48051 |
| (313) 963-1921 | (586) 749-6400 |
| scheff@ameritech.net | kgonko@dgrouppc.com |

_____/

## STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE AND WITHOUT COSTS

      NOW COMES Plaintiff, by and through his attorney, George B. Washington, and Defendant, by and through its attorney, Kenneth M. Gonko, and hereby STIPULATE AND AGREE to dismiss the Complaint in above matter in its entirety with prejudice and without costs.

| SCHEFF, WASHINGTON & DRIVER, P.C. | THE DANIELSON GROUP, P.C. |
|---|---|
| By: /s/ George B. Washington | By: /s/ Kenneth M. Gonko |
| George B. Washington (P26201) | Kenneth M. Gonko (P30660) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 645 Griswold, Suite 1817 | 55921 Gratiot Avenue |
| Detroit, MI 48226 | Chesterfield, MI 48051 |
| (313) 963-1921 | (586) 749-6400 |
| scheff@ameritech.net | kgonko@dgrouppc.com |
| Dated: July 20, 2010 | Dated: July 20, 2010 |

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY WAGNER,

    Plaintiff,

vs.

Case No. 2:09-cv-14846
HON. PATRICK J. DUGGAN

MARYGROVE COLLEGE,

    Defendant.
_____/

### ORDER OF DISMISSAL

At a session of said Court held in the
Federal Courthouse in the City of Detroit,
Wayne County, Michigan, on July 21, 2010.

PRESENT: HONORABLE PATRICK J. DUGGAN, District Court Judge

The Court, having the benefit of the parties' Stipulation and otherwise being more fully informed in the premises;

IT IS HEREBY ORDERED that the Complaint in this matter is dismissed in its entirety with prejudice and without costs.

    S/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: July 21, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 21, 2010, by electronic and/or ordinary mail.

    S/Marilyn Orem
    Case Manager